443 A.2d 403

Commonwealth v. Heller, Sr., Appellant.

Argued February 23, 1981. Henry T. Crocker, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.

WIEAND, J., filed a memorandum concurring statement.

SPAETH, J., filed a memorandum dissenting statement.